# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>-vs-<br>ANTONIO RAMIREZ SANCHEZ, a/k/a Santiago Rojas Rangel,<br><br>                    Defendant. | Case No.      1:24-CR-02045-MKD<br>**CRIMINAL MINUTES**<br><br>DATE:        FEBRUARY 10, 2025<br>LOCATION:  YAKIMA<br><br>**SENTENCING HEARING** |

| Honorable Mary K. Dimke |||| 
|---|---|---|---|
| Cora Vargas | 03 | Flavio Posse | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Letitia Sikes || Craig Webster ||
| **Government Counsel** || **Defense Counsel** ||
| **United States Probation Officer:**  Jennifer Dykstra ||||

**[ X ]  Open Court**          **[  ]  Chambers**          **[  ]  Video Conference**

Defendant present, in custody of the US Marshal and being assisted by the Court's certified Spanish interpreter.

Mr. Webster indicated defendant's true name is Santiago Rojas Rangel.

The Court confirmed the parties are ready to proceed to sentencing.

Mr. Webster confirmed he has reviewed and discussed the Presentence Investigation Report and Addendum with the defendant, including the proposed conditions of supervision, and the defendant does not have any objections.

The Court informed the parties of the documents the Court has reviewed in preparation for sentencing.

The Court provided findings on the sentencing guideline calculations contained in the Presentence Investigation Report; no objection by counsel; Presentence Investigation Report accepted by the Court.

The Court accepted the Rule 11(c)1(c) Plea Agreement entered into between the parties at the change of plea hearing.

Ms. Sikes provided sentencing recommendations on behalf of the government.

Mr. Webster provided sentencing recommendations and comments on behalf of the defendant.

The defendant addressed the Court on his own behalf.

## [X]   ORDER FORTHCOMING

| **CONVENED:**  11:07 A.M. | **ADJOURNED:**  11:33 A.M. | **TIME:**  0:26 HR. | **CALENDARED**   [  ] |
|---|---|---|---|

*USA -vs- RAMIREZ SANCHEZ*  February 10, 2025
1:24-CR-02045-MKD  Page 2
Sentencing Hearing

The Court addressed the defendant and imposed sentence:

- **Imprisonment: 151 months as to Counts 1 – 4, to be served concurrently.**

- **Supervised Release:  5 years** on mandatory, standard, and special condition(s) listed in the Presentence Investigation Report. Mr. Webster waived reading of the conditions on behalf of the defendant.

- **Fine**:  waived

- **Special Penalty Assessment**:  $100 per count, for a total of $400

Appeal rights waived pursuant to plea agreement.